Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant. | Case No.: 2:09-cv-01151-MCE-EFB<br><br>JOINT STIPULATION REGARDING INTERVENTION; ORDER THEREON |

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE COURT AND ALL RESPECTIVE PARTIES**:

**IT IS HEREBY STIPULATED** by and between Plaintiff Pacific Merchant Shipping Association, Defendant James Goldstene, Proposed Defendant-Intervenor National Resources Defense Council, Proposed Defendant-Intervenor Coalition for Clean Air, Inc., and Proposed Defendant-Intervenor South Coast Air Quality Management District, through their counsel of record, that:

The Proposed Defendant-Intervenors should be permitted to intervene and be joined as defendants in this action for all purposes pursuant to Rule 24(a) of the Federal Rules of Civil Procedure. The intervention of these additional parties as defendants should be permitted because the Proposed Defendant-Intervenors all claim that their interests in this case diverge from the interests of the California Air Resource Board.

In order that the intervention of the Proposed Intervenors does not result in prejudice to the plaintiff or unnecessary delay of the proceedings in this matter, the parties agree that Defendant Goldstene and the Proposed Defendant-Intervenors National Resources Defense Council, Coalition for Clean Air, Inc., and South Coast Air Quality Management District shall not propound discovery that duplicates that of any other defendant.

**SO STIPULATED AND AGREED.**

///

///

PDF created with pdfFactory trial version www.pdffactory.com

FLYNN, DELICH & WISE, LLP

Dated: May 15, 2009    /s/ Erich P. Wise
                       Erich P. Wise
                       Nicholas S. Politis
                       Aleksandrs E. Drumalds
                       Attorneys for Plaintiff
                       PACIFIC MERCHANT SHIPPING
                       ASSOCIATION, a California Mutual Benefit
                       Corporation

                       Edmund G. Brown, Jr. Attorney General of the State
                       of California

Dated: May 15, 2009    /s/ Nicholas Stern (as authorized on 5-14- 09)
                       Nicholas Stem
                       Deputy Attorneys General
                       Attorneys for Defendant
                       JAMES GOLDSTENE, in his official capacity as
                       Executive Officer of the California Air Resources
                       Board

                       NATURAL RESOURCES DEFENSE COUNCIL

Dated: May 15, 2009    /s/ David R. Pettit (as authorized on 5-14-09)
                       David R. Pettit
                       Attorneys for Proposed Defendants-Intervenors
                       NATURAL RESOURCES DEFENSE
                       COUNCIL and COALITION FOR CLEAN
                       AIR, INC.

                       SOUTH COAST AIR QUALITY MANAGEMENT
                       DISTRICT

Dated: May 15, 2009    /s/ Barbara Baird (as authorized on 5-15-09)
                       Barbara Baird
                       Attorneys for Proposed Defendant-Intervenor
                       SOUTH COAST AIR QUALITY MANAGEMENT
                       DISTRICT

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Based on the foregoing Stipulation, **IT IS ORDERED** that:

Proposed Defendant-Intervenors National Resources Defense Council, Coalition for Clean Air, Inc., and South Coast Air Quality Management District are permitted to intervene in this action and shall be joined as defendants for all purposes pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

In order that the intervention of the Proposed Intervenors does not result in prejudice to the plaintiff or unnecessary delay of the proceedings in this matter, Defendant Goldstene and the Proposed Defendant-Intervenors National Resources Defense Council, Coalition for Clean Air, Inc., and South Coast Air Quality Management District shall not propound discovery that duplicates that of any other defendant.

**IT IS SO ORDERED.**

**DATED:** May 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com