Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant. | Case No.: 2:09-CV-01151-MCE-EFB<br><br>**JOINT STIPULATION TO EXCEED THE COURT'S PAGE LIMITATIONS FOR BRIEFING IN SUPPORT OF OR OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER** |

///

///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE COURT AND ALL RESPECTIVE PARTIES**:

**IT IS HEREBY STIPULATED** by and between Plaintiff Pacific Merchant Shipping Association ("PMSA"), Defendant James Goldstene, and Proposed Defendant-Intervenors National Resources Defense Council, Coalition for Clean Air, Inc., and South Coast Air Quality Management District, through their counsel of record, that:

1. Subject to Court approval of this stipulation, Plaintiff, Defendant, and the Proposed Defendant-Intervenors shall have leave to file Memorandums of Points and Authorities of thirty pages in 12 point Times New Roman font (not including the Table of Contents and Table of Authorities to be filed therewith) in support of or in opposition to the Motion for Summary Judgment that Plaintiff PMSA intends to file on or before May 22, 2009, in the captioned matter. By this Stipulation, the Parties do not agree to any briefing or hearing schedule related to PMSA's Motion of Summary Judgment and this stipulation does not request an Order from the court with respect to such schedule;

2. The reason for this stipulation is that by this action, PMSA seeks to enjoin permanently the Executive Director of the California Air Resources Board ("CARB") from enforcing §2299.2 of Title 13 and §93118.2 of Title 17 of the California Code of Regulations outside California's three-mile seaward boundary and for a declaration that the regulations are preempted by on the Submerged Lands Act, 43 U.S.C. §§ 1301 et seq. ("SLA"), and the Supremacy Clause insofar as they apply seaward of that boundary.

3. The plaintiff's motion will be filed before the Pretrial (Status) Scheduling Order is issued. PMSA's Motion for Summary Judgment is a potentially dispositive motion that presents a complex question of preemption with respect to matters of significant public concern. The legal issues presented by the motion require thorough and detailed briefing and were left undecided in the previous case of Pacific Merchant Shipping Association v. Goldstene, 517 F.3d 1108 (9th Cir. 2008); Pacific Merchant Shipping Association vs. Goldstene, Case No. 06-CV-0279l-WBS-KJM.

- 2 -

JOINT STIPULATION TO EXCEED THE COURT'S PAGE LIMITATIONS FOR BRIEFING IN SUPPORT OF OR OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON

ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PDF created with pdfFactory trial version www.pdffactory.com

4. Based on the foregoing, Plaintiff, Defendant, and the Proposed Defendant-Intervenors request an order allowing them to file Memorandums of Points and Authorities in support of or in opposition to PMSA's Motion for Summary Judgment in the current action that does not exceed thirty pages in order to present the issues for full and proper consideration by the Court.

**SO STIPULATED AND AGREED.**

FLYNN, DELICH & WISE, LLP

Dated: May 20, 2009  /s/ Erich P. Wise
Erich P. Wise
Nicholas S. Politis
Aleksandrs E. Drumalds
Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

Edmund G. Brown, Jr. Attorney General of the State of California

Dated: May 20, 2009  /s/ Nicholas Stern (as authorized on 5-20-09)
Nicholas Stem
Deputy Attorneys General
Attorneys for Defendant
JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board

NATURAL RESOURCES DEFENSE COUNCIL

Dated: May 20, 2009  /s/ Melissa C. Lin Perrella (as authorized on 5-20-09)
David R. Pettit
Melissa C. Lin Perrella
Attorneys for Proposed Defendants-Intervenors
NATURAL RESOURCES DEFENSE COUNCIL and
COALITION FOR CLEAN AIR, INC.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

Dated: May 20, 2009  /s/ Barbara Baird (as authorized on 5-20-09)
Barbara Baird
Attorneys for Proposed Defendant-Intervenor
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the foregoing Stipulation, **IT IS HEREBY ORDERED** that:

Plaintiff, Defendant, and the Proposed Defendant-Intervenors may file Memorandums of Points and Authorities not to exceed thirty pages in length in 12 point Times New Roman font in support of or in opposition to Plaintiff's Motion for Summary Judgment to be filed on or before May 22, 2009.

Dated: May 22, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com