1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   PACIFIC MERCHANT SHIPPING        No. 2:09-cv-01151-MCE-EFB
     ASSOCIATION,
12
              Plaintiff,
13                                     **NON-RELATED CASE ORDER**
         v.
14
     JAMES GOLDSTENE, in his
15   offficial capacity as
     Executive Officer of the
16   California Air Resources
     Board,
17
              Defendant.
18   _____/

19   PACIFIC MERCHANT SHIPPING        No. 2:06-cv-02791-WBS-KJM
     ASSOCIATION,
20
              Plaintiff,
21
         v.
22
     JAMES GOLDSTENE, in his
23   official capacity as
     Executive Officer of the
24   California Air Resources
     Board,
25
              Defendant.
26   _____/

27   ///

28   ///

                                1

1     The court has received the Notice of Related Cases

2  concerning the above-captioned cases filed April 28, 2009.  <u>See</u>

3  Local Rule 83-123, E.D. Cal. (1997).  The court has determined,

4  however, that it is inappropriate to relate or reassign the

5  cases, and therefore declines to do so.  This order is issued for

6  informational purposes only, and shall have no effect on the

7  status of the cases, including any previous Related (or Non-

8  Related) Case Order of this court.

9     IT IS SO ORDERED.

10
  Dated: June 5, 2009

11

12

13  _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2