Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile:  (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone:  (415) 693-5566
Facsimile:   (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION ("PMSA"), a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., and SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendants-Intervenors. | Case No.: 2:09-cv-01151-MCE-EFB<br><br>**JOINT STIPULATION TO SHORTEN THE TIME FOR NOTICE, PLEADING, AND HEARING OF PLAINTIFF'S MOTION FOR MODIFICATION OF THE COURT'S JUNE 30, 2009 MEMORANDUM AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO ALLOW IMMEDIATE INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §1292(b); [PROPOSED] ORDER THEREON**<br><br>Local Rule 6-144(e) |

**TO THE COURT AND ALL RESPECTIVE PARTIES**:

**IT IS HEREBY STIPULATED** by and between Plaintiff Pacific Merchant Shipping Association ("PMSA"), Defendant James Goldstene, and Defendant-Intervenors National Resources Defense Council, Inc., Coalition for Clean Air, Inc., and South Coast Air Quality Management District, through their respective counsel of record, that:

Plaintiff PMSA intends to file a motion to modify the Court's Memorandum and Order of June 30, 2009, denying PMSA's Motion for Summary Judgment to include findings that would support immediate interlocutory appeal pursuant to 28 U.S.C. §1292(b) (hereinafter referred to as the "Motion for Modification").  Defendant and the Defendant-Intervenors will oppose this motion, but all the parties have agreed that Plaintiff's Motion for Modification may be heard by the Court on shortened time and with shortened notice pursuant to Local Rule 6-144(e).

The parties, therefore, stipulate to and propose the following schedule for Plaintiff's Motion for Modification:

1. Hearing on Plaintiff's Motion for Modification: Thursday, July 30, 2009, at 2:00 p.m. in Courtroom 7.

2. Plaintiff will electronically file its Motion for Modification and Memorandum in support thereof no later than 5:00 p.m. on Monday, July 13, 2009.

3. Any Opposition by the Defendant or any of the Defendant-Intervenors to Plaintiff's Motion for Modification must be electronically filed no later than Wednesday, July 22, 2009.

///

///

///

4. Any Reply by Plaintiff must be electronically filed no later than Friday, July 24, 2009.

**SO STIPULATED AND AGREED.**

          FLYNN, DELICH & WISE, LLP

Dated: July 13, 2009      /s/ Erich P. Wise
          Erich P. Wise
          Nicholas S. Politis
          Aleksandrs E. Drumalds
          Attorneys for Plaintiff
          PACIFIC MERCHANT SHIPPING
          ASSOCIATION, a California Mutual Benefit Corporation

          Edmund G. Brown, Jr. Attorney General of the State of California

Dated: July 13, 2009      /s/ Nicholas Stern (as authorized on 7/13/09)
          Nicholas Stern
          Deputy Attorneys General
          Attorneys for Defendant
          JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board

          NATURAL RESOURCES DEFENSE COUNCIL

Dated: July 13, 2009      /s/ Melissa Lin Perrella (as authorized on 7/13/09)
          David R. Pettit
          Melissa Lin Perrella
          Attorneys for Defendants-Intervenors
          NATURAL RESOURCES DEFENSE COUNCIL and COALITION FOR CLEAN AIR, INC.

          SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

Dated: July 13, 2009      /s/ Barbara Baird (as authorized on 7/13/09)
          Kurt R. Wiese
          Barbara Baird
          Attorneys for Defendant-Intervenor
          SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

# **ORDER**

Based on the foregoing Stipulation, **IT IS HEREBY ORDERED** that:

Plaintiff's Motion for Modification of the Court's June 30, 2009 Memorandum and Order Denying Plaintiff's Motion for Summary Judgment to Allow Immediate Interlocutory Appeal Pursuant 28 U.S.C. §1292(b) will be heard on shortened time and with shortened notice pursuant to Local Rule 6-144(e).

1.  The Motion for Modification is set for hearing on Thursday, July 30, 2009, at 2:00 p.m. in Courtroom 7.

2.  Plaintiff must electronically file its Motion for Modification and Memorandum in support thereof no later than 5:00 p.m. on Monday, July 13, 2009.

3.  Any Opposition by the Defendant or any of the Defendant-Intervenors to Plaintiff's Motion for Modification must be electronically filed no later than Wednesday, July 22, 2009.

4.  Any Reply by Plaintiff must be electronically filed no later than Friday, July 24, 2009.

**IT IS SO ORDERED.**

**DATED:** July 15, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE