UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION ("PMSA"), a California Mutual Benefit Corporation, | No. 2:09-cv-01151-MCE-EFB |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board, | |
| Defendant, | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., and SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, | |
| Defendants-Intervenors. | |

----oo0oo----

///

///

///

1

1      On May 22, 2009, Plaintiff Pacific Merchant Shipping
2 Association moved for summary judgment in this matter, alleging
3 that new regulations adopted by the California Air Resources
4 Board and scheduled to take effect on July 1, 2009 were preempted
5 by the Federal Submerged Lands Act, 43 U.S.C. section 1301, et
6 seq.  By Memorandum and Order filed June 30, 2009, the Court
7 denied Plaintiff's Motion.
8      Plaintiff now moves for an order modifying the Court's
9 June 30, 2009 Order for purposes of including language certifying
10 the Court's decision as immediately appealable under 28 U.S.C
11 section 1292(b). Under that section, an interlocutory order
12 denying summary judgment may properly be subject to appeal if the
13 district court certifies, in writing, the appeal as involving "a
14 controlling question of law as to which there is substantial
15 ground for difference of opinion and that an immediate appeal
16 from the order may materially advance the ultimate determination
17 of the litigation."  28 U.S.C section 1292(b).
18       Certifying an issue for interlocutory appeal is within the
19 court's discretion.  <u>Swint v. Chambers County Comm'n</u>, 514 U.S.
20 35, 47 (1995).  Having considered the moving papers submitted on
21 behalf of Plaintiff in this regard, along with the opposition
22 thereto, the Court believes there is good cause for finding that
23 its June 30, 2009 Order meets the qualifications for
24 interlocutory appeal under 28 U.S.C section 1292(b).
25 ///
26 ///
27 ///
28 ///

1  Plaintiff's Motion for Modification of the Court's June 30, 2009
2  Order (Docket No. 50) is consequently GRANTED.[1]  An Amended
3  Memorandum and Order including the language of Section 1292(b)
4  will be filed concurrently herewith.
5      IT IS SO ORDERED.

6  Dated: August 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Local Rule 78-230(h).

3