Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile:  (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone:  (415) 693-5566
Facsimile:   (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION ("PMSA"), a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., and SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendants-Intervenors. | Case No.: 2:09-CV-01151-MCE-EFB<br><br>**JOINT STIPULATION TO STAY DISTRICT COURT ACTION PENDING APPEAL AND TO VACATE DATES SET BY SCHEDULING ORDER ; ORDER** |

- 1 -

JOINT STIPULATION TO STAY DISTRICT COURT ACTION PENDING APPEAL AND TO VACATE DATES SET BY SCHEDULING ORDER; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE COURT AND ALL RESPECTIVE PARTIES**:

**IT IS HEREBY STIPULATED, AGREED AND REQUESTED**, by and among Plaintiff Pacific Merchant Shipping Association ("PMSA"), Defendant James Goldstene, and Defendant-Intervenors Natural Resources Defense Council, Inc., Coalition for Clean Air, Inc., and South Coast Air Quality Management District, through their counsel of record, that:

1. Pursuant to the Court's authority to control proceedings pending before it as provided by Rule 16(b)(4) of the Federal Rules of Civil Procedure and 28 U.S.C. §1292(b), the Court enter an order staying further proceedings in the district court case pending conclusion of Plaintiff's interlocutory appeal of the Court's denial of Plaintiff's Motion for Summary Judgment to the Court of Appeals for the Ninth Circuit; and

2. All dates and deadlines pertaining to discovery, motions, pretrial, and trial of the matter as scheduled by the Court's Pretrial Scheduling Order of August 19, 2009, shall be vacated, subject to further Order of the Court.

This Stipulation and Request for Order Staying Action is not interposed for purposes of delay but rather because:

A. On December 11, 2009, the Court of Appeals for the Ninth Circuit, pursuant to 28 U.S.C. §1292(b), granted PMSA's petition for permission to appeal the District Court's Amended Memorandum and Order of August 28, 2009, denying PMSA's Motion for Summary Judgment. [Court of Appeals Docket No. 09-80145.];

B. This Court has determined and the appellate court's grant of the petition for permission to appeal reflects its finding that the immediate appeal will likely advance the ultimate determination of the litigation;

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

C. The briefing schedule established by the Court of Appeals requires the briefing to be concluded no later than May 11, 2010, fourteen days after the last day for service of the Appellees' Briefs; and

D. The parties agree that the stay requested will allow the parties to focus their efforts and resources on the pending appeal, and potentially avoid expensive and time-consuming pretrial and trial proceedings in the case, thereby serving the interests of the Court and the parties in the efficient and economic resolution of the litigation.

**IT IS SO STIPULATED AND AGREED.**

FLYNN, DELICH & WISE, LLP

Dated: January 7, 2010                  /s/ Erich P. Wise
                                        Erich P. Wise
                                        Nicholas S. Politis
                                        Aleksandrs E. Drumalds
                                        Attorneys for Plaintiff
                                        PACIFIC MERCHANT SHIPPING ASSOCIATION,
                                        a California Mutual Benefit Corporation

Edmund G. Brown, Jr. Attorney General of the State of California

Dated: January 7, 2010                  /s/ Nicholas Stern (as authorized on 1-6-2010)
                                        Nicholas Stem
                                        Deputy Attorneys General
                                        Attorneys for Defendant
                                        JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board

NATURAL RESOURCES DEFENSE COUNCIL, INC.

Dated: January 7, 2010                  /s/ Melissa C. Lin Perrella (as authorized on 1-6-2010)
                                        David R. Pettit
                                        Melissa C. Lin Perrella
                                        Attorneys for Defendants-Intervenors
                                        NATURAL RESOURCES DEFENSE COUNCIL, INC. and COALITION FOR CLEAN AIR, INC.

ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
|   | SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT |
| Dated: January 7, 2010 | /s/ Barbara Baird (as authorized on 1-6-2010) |
|   | Barbara Baird |
|   | Attorneys for Defendant-Intervenor |
|   | SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT |

## **ORDER**

Based on the foregoing Stipulation, **IT IS HEREBY ORDERED** that:

Pursuant to this Court's authority to control proceedings pending before it as provided by Rule 16(b)(4) of the Federal Rules of Civil Procedure and 28 U.S.C. §1292(b), the Court orders that proceedings in the district court in this action be stayed in their entirety pending conclusion of Plaintiff's interlocutory appeal to the Court of Appeals for the Ninth Circuit of this Court's denial of Plaintiff's Motion for Summary Judgment.

All dates and deadlines pertaining to discovery, motions, pretrial, and trial of the matter as scheduled by the Court's Pretrial Scheduling Order of August 19, 2009, are vacated, subject to further Order of this Court.

Not later than June 1, 2010 the parties shall file a Joint Status report to provide the District Court with the latest information on the case, including any information re the proceedings in the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: January 11, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com